**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**CRISSY PARKER**                                                                   **PLAINTIFF**

**v.**                                       **CIVIL ACTION NO.: 3:23-CV-28-DPJ-FKB**

**SOUTHERN CHARM FAMILY**                            **DEFENDANTS**
**HEALTHCARE LLC, CHASE**
**FOSTER, AND KELLI MARIE**
**FOSTER**

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS SOUTHERN CHARM FAMILY HEALTHCARE LLC, CHASE FOSTER AND KELLI MARIE FOSTER**

COMES NOW, Plaintiff, in the above numbered and styled cause, and files his Motion for Default Judgment against Defendants Southern Charm Family Healthcare LLC, Chase Foster and Kelli Marie Foster. In support thereof, Plaintiff would show as follows:

1. Plaintiff filed her Amended Complaint in this matter against Defendants on July 11, 2023, asserting a breach of contract and minimum wage violation under the FLSA. [Doc. 10].

2. Plaintiff's process server personally served Defendants on January 24, 2023. [Docs. 11-13].

3. Defendants' answers were due 21 days from the date of service or February 14, 2023.

4. As evidenced by the current ECF Docket Sheet, Defendants have failed to appear, plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

5.	On September 8, 2023, Plaintiff filed her Motion for Clerk's Entry of Default. [Doc. 14].

6.	On September 13, 2023, the Clerk entered is Entry of Default against Defendants. [Doc. 15].

7.	Defendants have still not filed any responsive pleading or sought to have the Entry of Default withdrawn.

8.	Plaintiff now seeks the Court to enter a Default Judgment in favor of Plaintiff.

9.	Plaintiff is seeking $12,258.95 in compensation for the 222.89 hours she worked for SCFH but was not paid. *See* Affidavit of Plaintiff, attached as Exhibit "A." This wage amount does not include the $440 paycheck Ms. Parker received for working one 8-hour shift between 5/17/2022 – 5/27/2022.  Rather, the $12,258.95 owed to Plaintiff is for her logged hours at SCFH between 5/30/2022 – 8/8/2022.

10.	Additionally, as a successful party to an FLSA claim the court must award an additional amount as liquidated damages for failure to pay her a minimum wage. *Owens v. Marstek, LLC,* 548 Fed. Appx. 966, 972 (5th Cir. 2013).  Plaintiff is owed $1,615.95 in liquidated damages.  This is because $1,615.95 of the $12,258.95 wages owed was for minimum wages.  Plaintiff was not paid for 222.89 hours at the minimum wage rate of $7.25 per hour, which equals $1,615.95.

11.	Plaintiff is also entitled to attorney fees and costs. *Id.* at 973.

12.	Plaintiff seeks $5,475.00 in attorney fees and $702.13 in costs. See Affidavit of Nick Norris, attached as Exhibit "B."

13.	As such, Plaintiff seeks a total judgment against Defendants for $20,052.03.

WHEREFORE PREMISES CONSIDERED, Plaintiff respectfully requests that the Court enter a Default Judgment against Defendants for $20,052.03

THIS, the 15th day of December, 2023.

                                                Respectfully submitted,

                                                s/Nick Norris
                                                NICK NORRIS (MSB #101574)
                                                LOUIS H. WATSON, JR. (MSB #9053)

OF COUNSEL:

WATSON & NORRIS, PLLC
4209 Lakeland Drive #365
Flowood, MS 39232
Phone: (601) 968-0000
Facsimile: (601) 968-0010
nick@watsonnorris.com

## CERTIFICATE OF SERVICE

I, Nick Norris, attorney for Plaintiff, do hereby certify that I have this day filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing or mailed, via United States Mail, postage prepaid, to Defendant.

SO CERTIFIED, this, the 15th day of December, 2023.

                                                s/ Nick Norris
                                                NICK NORRIS