UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

CHRISSY PARKER                                                                           PLAINTIFF

V.                                                         CIVIL ACTION NO. 3:23-CV-28-DPJ-FKB

SOUTHERN CHARM FAMILY                                                          DEFENDANTS
HEALTHCARE LLC, KELLI
MARIE FOSTER, AND
CHRISTOPHER CHASE FOSTER

DEFAULT JUDGMENT

For the reasons set forth in the January 19, 2024 Order [19] the Court hereby enters default judgment in favor of Plaintiff and against Defendants on the breach-of-contract claim and awards Plaintiff $12,258.95 in damages. Plaintiff's FLSA claim is dismissed.

**SO ORDERED AND ADJUDGED** this the 9th day of February, 2024.

s/ *Daniel P. Jordan III*
CHIEF UNITED STATES DISTRICT JUDGE